In the Matter of BETSY LUTZ, Respondent, v JASON STERLING, Respondent. SUSAN B. MARRIS, ESQ., Attorney for the Child, Appellant. [910 NYS2d 720]—Appeal from an order of the Family Court, Oneida County (Brian M. Miga, J.H.O.), entered September 25, 2009 in a proceeding pursuant to Family Court Act article 6. The order granted continued physical custody of the child to respondent.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs for reasons stated in the decision at Family Court. Present—Scudder, P.J., Martoche, Centra, Fahey and Green, JJ.